```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| **ZACHARY BROWN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CURRAN FROMHOLD CORRECTIONAL** | : | |
| **FACILITY** | : | **NO. 07-1510** |

**O R D E R**

AND NOW, this        day of August, 2007, in accordance with the Memorandum filed this date, it is **ORDERED** that plaintiff is given leave to file an amended complaint as specified in the Memorandum within thirty (30) days of the date of this Order. Upon the filing of an amendment, the Clerk shall not make service until so ordered by the Court.

**BY THE COURT:**

 /S/ LEGROME D. DAVIS, J.

```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| **ZACHARY BROWN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CURRAN FROMHOLD CORRECTIONAL** | : | |
| **FACILITY** | : | **NO. 07-1510** |

**M E M O R A N D U M**

**DAVIS, J.**                                **AUGUST        , 2007**

   Plaintiff was given leave to file an amended complaint by Order of this Court dated May 8, 2007.  Plaintiff was asked to provide the Court with more information about his claims and to list all of his defendants in the caption of his amended complaint.

   Plaintiff has not filed an amended complaint.  Instead, he has filed two documents with different captions and different claims.

   Because plaintiff is pro se, he will be given one more opportunity to file an amended complaint.  If plaintiff chooses to file an amended complaint, he shall: (1) describe the specific events or conditions which violated his constitutional rights; and (2) list the name of each person who violated his constitutional rights in the caption of his complaint.

   An appropriate order follows.